IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 05 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO: 04-042-T |
| | ) | |
| CHARLES SCHERZA | ) | |

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

WARDEN
Adult Correctional Institute
39 Howard Avenue
Cranston, Rhode Island

AND/OR THE UNITED STATES MARSHAL, DISTRICT OF RHODE ISLAND

GREETINGS:

We command that you have the body of ANGEL NAVARRO, now detained and under your custody at the Adult Correctional Institute, as it is said under safe and secure conduct, at the United States Courthouse in Providence, Rhode Island, on Wednesday, January 5, 2005, at 9:30 a.m. and from time to time thereafter as this Court may require, to testify to the truth according to his knowledge in the case of UNITED STATES OF AMERICA v. CHARLES SCHERZA, CR. No: 04-042-T before the United States District Court for the District of Rhode Island on Wednesday, January 5, 2005, the said defendant to return to the custody of the Warden of the said Adult Correctional Institute, upon the completion of his testimony, and have you then and there this Writ.

I hereby certify and return that I did bring before the court the within named defendant on the date and time ...

Deputy U.S. Marshal

ATTEST: A TRUE COPY
DIANA A. DIANDIZIO
By: Deputy Clerk

Ernest C. Torres
ERNEST C. TORRES
CHIEF JUDGE

DATE: 1/4/05

43